# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305) 523-5100

Date: August 30, 2011

To: United States Courthouse  
　　Washington Western District Court  
　　700 Stewart Street, Suite 2310  
　　Seattle, Washington 98101

　　　Attn: Paula McNabb

RE:　　Our case No.: 10-24063-CV-Moreno

　　　Your case No. 2:11-CV-01408  Motorola Mobility, Inc. v. Microsoft Corporation

Dear Clerk:

In compliance with the Order of Transfer, the Southern District of Florida Case was Transmitted to your office and we are forwarding herewith (2) Boxes of the Original Sealed Documents  
numbered 139-162, 165, 166, 180-189, 191-207.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE  
Clerk of Court

by:　Natrice L. Christian  
　　Sealed Deputy Clerk

Enclosures

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305) 523-5100

Date: August 30, 2011

To: United States Courthouse
Washington Western District Court
700 Stewart Street, Suite 2310
Seattle, Washington 98101

Attn: Paula McNabb

RE:   Our case No.: 10-24063-CV-Moreno

Your case No.: 2:11-CV-01408   Motorola Mobility, Inc. v. Microsoft Corporation

Dear Clerk:

In compliance with the Order of Transfer, the Southern District of Florida Case was Transmitted to your office and we are forwarding herewith (2)Boxes of Original Sealed Documents
numbered 139-162, 165,166, 180-189, 191-207.

Please acknowledge receipt of the above on the enclosed copy of this letter.

STEVEN M. LARIMORE
Clerk of Court

by:   Natrice L. Christian
      Sealed Deputy Clerk

Enclosures

CLERK'S ACKNOWLEDGMENT OF RECEIPT of:

1) (2)Boxes of Original Sealed Documents
   139-162,165,166,180-189, 191-207

_____,
Deputy Clerk

on: _____

400 N. Miami Ave.        299 E. Broward Blvd.        701 Cle[rk]  Simonton Street,
Room 8N09                Room 108                    Room 40
Miami, FL 33128          Ft. Lauderdale, FL 33301    West Pal[m]
(305) 523-5100           (954) 769-5400              (561) 80[...]  8100